**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KENTER E. LACET,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | C. A. No. 1:08-cv-11611 |
| ) | |
| ) | **PLAINTIFF'S MOTION TO** |
| FREMONT INVESTMENT & LOAN,  ) | **VACATE JUDGMENT OF** |
| FREMONT GENERAL CORPORATION,  ) | **DISMISSAL PURSUANT TO** |
| LITTON LOAN SERVICING, LP  ) | **FED.R.CIV.P. 60(b)** |
| Defendants.  ) | |

**NOW COME** the Plaintiff, Kenter E. Lacet, ("Plaintiffs"), and hereby move this Honorable Court pursuant to Fed.R.Civ.P. 60(b)(1) and (6) to vacate the judgment of dismissal entered on January 23, 2009. The grounds for this motion are set forth in the memorandum in support of this motion filed herewith.

Plaintiff respectfully makes a REQUEST FOR ORAL ARGUMENT on this matter.

Respectfully Submitted,
Kenter E. Lacet,
by his attorney,

/s/ Matthew J. Dunn_____
Matthew J. Dunn, BBO# 654041
The Dunn Law Group
15 Broad Street, Suite 512
Boston, MA  02109
(617) 725-0033

**CERTIFICATE OF SERVICE**

  I hereby certify that Plaintiff's Motion to Vacate Judgment of Dismissal Pursuant to Fed.R.Civ.P. 60(b) was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 26, 2009.

                /s/ Matthew J. Dunn
                Matthew J. Dunn